1  Roger W. Hall (SBN: 013727)
   BUCHALTER NEMER
2  16435 North Scottsdale Road, Suite 440
   Scottsdale, AZ 85254-1754
3  Telephone: (480) 383-1800
   Facsimile: (480) 824-9400
4  E-mail: rhall@buchalter.com
   *Attorneys for Defendant*
5  *Santander Consumer USA Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAMELA JO WRIGHT-BROWN and JOHN R. BROWN, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA INC., a foreign corporation, and DOES 1-20, fictitious entities,<br><br>Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

   Defendant Santander Consumer USA, Inc. hereby seeks removal of this matter on the following grounds:

   1.   Santander is the defendant in a civil action commenced on April 24, 2012, now pending in the Superior Court of Arizona, Maricopa County styled, *Pamela Jo Wright-Brown and John R. Brown v. Santander Consumer USA Inc.*, case no. CV 2012-052207.

   2.   A true and accurate copy of the Summons, Complaint, and Certificate on Compulsory Arbitration in the state court case are attached hereto as Exhibit A.

   3.   Santander was served through its statutory agent, CT Corporation, on

D8451.0176 BN 11629432v1                      -1-

1  April 25, 2012.  This Notice is therefore filed within the thirty day period for removal of
2  28 U.S.C. § 1446(b).
3      4.    Count Four of the Complaint is a claim under the Fair Credit Reporting Act,
4  15 U.S.C. § 1681, et seq., and Count Ten of the Complaint is a claim under the Fair Debt
5  Collection Practices Act, 15 U.S.C. § 1692, et seq.
6      5.    As a result of those claims, this Court has jurisdiction over this action under
7  28 U.S.C. §§ 1331, 1441(a), and 1446(a).
8      6.    Venue is proper with the Phoenix Division of this Court under 28 U.S.C.
9  §§ 1441(a), 1446(a), and LRCiv 77.1(a), Rules of Practice of the United States District
10 Court for the District of Arizona.  This Notice of Removal has been filed with the Clerk of
11 the Superior Court of Maricopa County, where the action was commenced.
12     **WHEREFORE,** defendant Santander removes this action from the Superior Court
13 of Arizona, County of Maricopa to this Court, on the grounds stated above.

14
15     DATED: May 23, 2012
16                                        BUCHALTER NEMER
17
18                                        By: /s/ Roger W. Hall
19                                           Roger W. Hall
20                                           16435 North Scottsdale Road, Suite 440
                                            Scottsdale, AZ  85254-1754
21                                           *Attorneys for Defendant*
22                                           *Santander Consumer USA Inc.*
23
24
25
26

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2012, I served the attached document by U.S. mail and e-mail on the following, who are not registered participants of the CM/ECF System:

Richard A. Drake, Esq.
Barski Drake PLC
14500 N. Northsight Blvd., Suite 200
Scottsdale, Arizona  85255
*Attorneys for Plaintiffs*

/s/ JoAnn Gillotte