Richard A. Drake (025449)
**BARSKI DRAKE PLC**
14500 N. Northsight Blvd., Suite 200
Scottsdale, AZ 85255
Tel: (602) 441-4700
Fax: (602) 680-4305
rdrake@bdlawyers.com
*Attorneys for Plaintiffs/Counter-Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAMELA JO WRIGHT-BROWN and JOHN R. BROWN, a married couple,<br><br>    Plaintiffs/Counter-defendants,<br><br>  v.<br><br>SANTANDER CONSUMER USA INC., a foreign corporation, and DOES 1-20, fictitious entities,<br><br>    Defendants/Counterclaimants. | Case No.: 2:12-cv-01099-GMS<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the parties in the above-captioned matter have settled all claims between them. The parties will execute a settlement agreement after which time a stipulated motion to dismiss the case will be filed. The parties anticipate filing the stipulated dismissal motion within seven days.

DATED this 25th day of July, 2012.

**BARSKI DRAKE, PLC**


By: _Richard A. Drake  – 025449_
    Richard A. Drake
    14500 N. Northsight Blvd., Ste. 200
    Scottsdale, Arizona 85260
    *Attorney for Plaintiffs/Counter-Defendants*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 25th day of July, 2012, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Roger W. Hall
Buchalter Nemer
16435 N. Scottsdale Rd., Suite 440
Scottsdale, AZ 85254-1754
rhall@buchalter.com
*Attorneys for Defendant/Counterclaimants*

By: /s/ Richard Drake